# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND and BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>DAILY SAW SERVICE, INC.,<br><br>Defendant. | CASE NO. 8:25-cv-01578-FWS-DFM<br><br>**JUDGMENT** |

On November 14, 2025, the court granted Plaintiff Southern California Lumber Industry Retirement Fund and Plaintiff Board of Trustees of the Southern California Lumber Industry Retirement Fund's Motion for Default Judgment (together, "Plaintiffs") against Defendant Daily Saw Service, Inc. ("Defendant"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record

///

///

1

and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Judgment is entered in this matter in favor of Plaintiffs and against Defendant in the total amount of **$4,300,022.63**, which represents the sum of $3,551,150.73 in withdrawal liability, $660,500.87 in prejudgment interest, $87,833.03 in attorney fees, and $538.00 in costs.

The Clerk is **ORDERED** to enter this Judgment forthwith.

Dated: November 14, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE